United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Elijah Dwayne Joubert, | § § § | |
| Petitioner, | § § | |
| VS. | § § | Civil Action No. 13-3002 |
| Lorie Davis, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § § | |
| Respondent. | § § | |

## ORDER

On October 15, 2015, this Court stayed and abated this capital habeas corpus action to allow for the exhaustion of state court remedies. (Docket Entry No. 41). The Court **ORDERS** petitioner Elijah Dwayne Joubert to file an advisory within thirty (30) days describing the status of his state court litigation.

Signed at Houston, Texas, on this the ___7___ day of ___May___, 2020.

DAVID HITTNER
United States District Judge