United States District Court
Southern District of Texas
**ENTERED**
December 16, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| Elijah Dwayne Joubert, | § § | |
| Petitioner, | § § | |
| VS. | § § § | Civil Action No. 13-3002 |
| Bobby Lumpkin,[1] Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § § | |
| Respondent. | § § | |

## ORDER

The Court **GRANTS** Petitioner's Motion for Leave to File Petitioner's Motion for Limited Appearance Ex Parte and Under Seal. (Docket Entry Nos. 56, 58). The Clerk shall maintain under seal Petitioner's motion.

Signed at Houston, Texas, on this the 16th day of December, 2020.

DAVID HITTNER
United States District Judge

---

[1] The previously named Respondent in this action was Lorie Davis. On August 11, 2020, Bobby Lumpkin succeeded Lorie Davis as Director of the Correctional Institutions Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Bobby Lumpkin "is automatically substituted as a party."