United States District Court
Southern District of Texas
**ENTERED**
January 04, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Elijah Dwayne Joubert, § § Petitioner, § § VS. § § Bobby Lumpkin, § Director, Texas Department of § Criminal Justice, Correctional § Institutions Division, § § Respondent. § | Civil Action No. 13-3002 |

## ORDER

Petitioner Elijah Dewayne Joubert has filed a motion for an extension of time to amend his federal habeas petition. (Docket Entry No. 65). Respondent Bobby Lumpkin does not oppose the extension. This Court **GRANTS** Joubert's motion. Joubert will file his second amended petition no later than **March 8, 2022**.

Signed at Houston, Texas, on this the  4th  day of January, 2022.

DAVID HITTNER
United States District Judge