UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIJAH DWAYNE JOUBERT, | § § | |
| Petitioner, | § § | |
| v. | § § § | CAUSE NO. 4:13-cv-03002 |
| BOBBY LUMPKIN, Director, Texas Department of Criminal Justice, Criminal Institutions Division, | § § § § | CAPITAL HABEAS CASE |
| Respondent. | § § | |

**PETITIONER'S NOTICE OF ERRATA**

Through counsel, Petitioner Elijah Dwayne Joubert hereby provides notice that the attached Corrected Second Amended Petition corrects formatting errors. Specifically, some text was highlighted and one block quotation was in the wrong font. The substantive content of corrected document is identical to the document filed July 13, 2022. Counsel apologizes for any inconvenience.

DATED: July 14, 2022.                    Respectfully submitted,

MAUREEN FRANCO
FEDERAL PUBLIC DEFENDER

 */s/Tivon Schardl*
TIVON SCHARDL
Chief, Capital Habeas Unit
Attorney-in-Charge
Texas Bar No. 24127495
TXSD Bar No. 3145499
Federal Defender Office
919 Congress, Suite 950
Austin, Texas 78701

737-207-3007 (tel.)
512-499-1584 (fax)

*Attorneys for Petitioner*